IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID MEYERS, :
    Plaintiff, : 1:13-cv-1631
:
v. : Hon. John E. Jones III
:
COUNSELOR E. FISHER, *et al.*, :
    Defendants. :

## ORDER

**September 15, 2014**

    **NOW, THEREFORE,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The motion to dismiss, (Doc. 46), is **GRANTED.**

2. Plaintiff's second amended complaint, (Doc. 34), is **DISMISSED.**

3. The Clerk of Court is directed to **CLOSE** this case.

                          s/ John E. Jones III
                          John E. Jones III
                          United States District Judge